PHILIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>JESUS RAMIREZ,<br><br>              Defendant. | CASE NO.  1:15-MJ-0173 BAM<br><br>GOVERNMENT MOTION TO DISMISS AND ORDER |

    The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter charging unlawful flight to avoid apprehension, as set forth below.

    On December 22, 2016, FBI Special Agent Brian Lippo advised the undersigned that the above-named defendant was arrested on December 19, 2016, when he crossed into the United States from Mexico at San Ysidro.  The government now moves to dismiss this matter and recall the warrant that issued to allow the Stanislaus County District Attorney's Office to proceed with prosecution of state charges (California Penal Code Sections 187(a) (Murder), 245(a)(4) (Assault with a Deadly Weapon)

////

////

////

////

MOTION TO DISMISS AND PROPOSED ORDER

1 | and 186.22(b)(1) (gang enhancement)) pending in the Stanislaus County Superior Court.

Dated:  December 22, 2016						PHILLIP A. TALBERT
								United States Attorney

							By:	/s/ KAREN A. ESCOBAR
								KAREN A. ESCOBAR
								Assistant United States Attorney


**O R D E R**

IT IS SO ORDERED.

Dated:   December 23, 2016				_____
							SENIOR  DISTRICT  JUDGE

MOTION TO DISMISS AND PROPOSED ORDER